AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

## CRIMINAL COMPLAINT

V.

Lamarr Renea Pittman
DOB:  10/16/79

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____February 1, 2005_____ in _____Washington, D.C._____ county, in the District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

Pittman, did unlawfully, knowingly and intentionally conspire to provide false statement to a Federal firearms licensee during the acquisition of a firearm, in violation of 18 U.S.C. § § 922(a)(6) and 371.

in violation of Title ___18___ United States Code, Section(s) § 922(a)(6) and 371.

I further state that I am ___Jeffrey S. Meixner,  Special Agent with the Bureau of Alcohol, Tobacco & Firearms___ ,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

_____
Signature of Complainant

AUSA, Denise Clark   (202) 353-8213
Sworn to before me and subscribed in my presence,

Jeffrey S. Meixner, Special Agent
Bureau of Alcohol, Tobacco & Firearms

_____    at    ___Washington, D.C.___
Date                                                         City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer