UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 06- 116 M |
| LAMARR PITTMAN<br>Defendant. | : |

**ORDER**

**FILED**

MAR 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case, it is this 20 day of March, 2006;

**ORDERED** that the defendant shall submit to "routine processing" by agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives and for major case fingerprinting including tips, sides and palm prints by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

_____
Magistrate Judge
United States District Court
for the District of Columbia