UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Cr. # 06- 116-M (JMF) |
| | ) |
| LAMARR PITTMAN | ) |

## EMERGENCY CONSENT MOTION FOR PAYMENT OF TRAVEL EXPENSES AND MEMORANDUM IN SUPPORT

Defendant, Lamarr Pittman, through counsel, Elise Haldane, respectfully moves this Court for an order for payment of travel expenses in this case. As grounds for this motion, defendant states:

1. On March 20, 2006, Lamarr Pittman appeared before this Court for presentment on a charge of conspiracy to provide a false statement in violation of 18 U.S.C. §§ 922(a)(6) and 371. During the proceedings, the Court found Ms. Pittman to be indigent and qualified for court-appointed counsel.

2. A preliminary hearing has been scheduled for Tuesday, March 21, 2006.

1

3. Ms. Pittman is a resident of Princeville, North Carolina. The distance is 254 miles.

4. 18 U.S.C. § 4285 provides, in pertinent part:

> Any judge of magistrate judge of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court . . . may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required. . . .

5. Denise Clarke, the Assistant United States Attorney assigned to this case, kindly had indicated that the government does not oppose this motion.

WHEREFORE, the defendant respectfully moves this Court to order the United States Marshal to reimburse her for travel expenses related to her court appearance on March 21, 2006 .

Respectfully submitted,

_____/s/_____
Elise Haldane #24282
303 E St. NE
Washington, DC 20002
202/659-8700