UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Cr. # 06-116-M (JMF) |
| ) | |
| LAMARR PITTMAN ) | |

### ORDER

Upon consideration of defendant's Emergency Consent Motion for Payment of Travel Expenses pursuant to 18 U.S.C. § 4285, it is, this 21 day of March, 2006, hereby

ORDERED that pursuant to 18 U.S.C. § 4285 the United States Marshal's Service shall reimburse defendant for her round-trip travel for the preliminary hearing of this case on March 21, 2006.

_____
JOHN M. FACCIOLA
MAGISTRATE JUDGE

1