UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                ) | Cr. # 06- 116-M (JMF) |
| ) | |
| LAMARR PITTMAN                    ) | |

**<u>PRAECIPE</u>**

THE CLERK OF THE COURT WILL PLEASE NOTE the appearance of Elise Haldane as court-appointed counsel for defendant Lamarr Pittman.

Respectfully submitted

_____/s/_____
Elise Haldane #242826
303 E Street NE
Washington, DC 20002
202/659-8700
Fax 202/544-0165
Email: EHaldane@msn.com

1