UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. # 06-116-M (JMF) |
| ) | |
| LAMARR PITTMAN ) | |
| _____) | |

### CONSENT MOTION FOR PAYMENT OF TRAVEL EXPENSES AND MEMORANDUM IN SUPPORT

Defendant, Lamarr Pittman, through counsel, Elise Haldane, respectfully moves this Court for an order directing the United States Marshal to pay travel expenses incident to defendant's appearance at a status hearing scheduled for November 1, 2006. As grounds for this motion, defendant states:

1. On December 6, 2005, Ms. Pittman qualified for court-appointed counsel pursuant to the Criminal Justice Act.

2. On March 20, 2006, defendant appeared before this Court for an initial appearance in the above-referenced case. A status hearing was scheduled for November 1, 2006.

3. Ms. Pittman is financially unable to pay for travel from Princeville, North Carolina to the District of Columbia.

4. 18 U.S.C. § 4285 allows the Court to order that the United States Marshal pay for travel expenses for persons released pending further judicial proceedings in cases in which

the Court is satisfied that the defendant is "financially unable to provide the necessary transportation to appear before the required court on his own."

5.  Denise Clark, AUSA, has advised the undersigned counsel that the government consents to this motion.

WHEREFORE, defendant respectfully moves this Court for an order directing the United States Marshal to reimburse her for round-trip travel to the District of Columbia on November 1, 2006.

                                                Respectfully submitted,

                                        _____/s/_____
                                        Elise Haldane #242826
                                        303 E Street, NE
                                        Washington, DC 20002
                                        202/659-8700