UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. # 06-116-M (JMF) |
| ) | |
| LAMARR PITTMAN ) | |
| _____) | |

## ORDER

Upon consideration of defendant's Consent Motion for Payment of Travel Expenses pursuant to 18 U.S.C. § 4285, it is, this _____ day of October, 2006, hereby

ORDERED that pursuant to 18 U.S.C. §4285 the United States Marshal's Service shall reimburse defendant Lamarr Pittman for her round-trip travel to the status hearing of this case on November 1, 2006.

_____
MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served electronically upon Steven Durham, AUSA, Office of the US Attorney, 555 4th Street, N.W., Washington, D.C. 20530 and by mail, first-class postage prepaid, to Robert L. Hall, Jr., DCDC 309578, CCA, 1901 E Street, SE, Washington, D.C. 20003.

_____
Elise Haldane